44 P.3d 286

# SUPREME COURT OF HAWAI'I

### November 6, 2000
22517 Baxa v. State Affirmed

### November 28, 2000
22103 Jones (Marlene) v. State; State v. Bowman; Jones (Shirley) v. State Affirmed

### November 30, 2000
22883 State v. Sanchez Reversed

### July 12, 2001
23670 State v. Connelly Affirmed

### July 17, 2001
23188 State v. Tsuchiyama Vacated and Remanded

### September 24, 2001
22794 Woodard v. State Affirmed

### October 18, 2001
23617 State v. Cabanting Affirmed

### February 22, 2002
22376 State v. Hubert Affirmed

### February 25, 2002
23937 State v. Rivera Affirmed

### March 7, 2002
23422 Doe Children, In re Affirmed

### March 27, 2002
24451 State v. Johnston Affirmed
24232 State v. Lum Affirmed